## Jacob Schulz, Appellant, v. William Kaiser, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of St. Clair county; the Hon. W. E. HADLEY, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded. Opinion filed April 17, 1916.

### Statement of the Case.

Action by Jacob Schulz, plaintiff, against William Kaiser, defendant, in the Circuit Court of St. Clair county, to recover for injury to crops by trespassing animals. From a judgment for defendant, plaintiff appeals.

OTWELL & LINDAUER, for appellant.

A. B. DAVIS, for appellee.

MR. PRESIDING JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

1. ANIMALS, § 48*—*when instruction on damages for trespass erroneous.* In an action to recover for damage done to crops by trespassing animals, an instruction that the jury should find for defendant if it appeared that no actual damage was sustained by plaintiff although it should appear that defendant's animals actually entered upon plaintiff's land is erroneous, plaintiff being entitled to at least nominal damages in such case.

2. ANIMALS, § 23*—*what constitutes trespass by.* Every unauthorized entry upon the land of another by animals is a trespass.

3. ANIMALS, § 46*—*when damages implied from trespass by.* Damages are implied from every unauthorized entry upon the land of another by animals.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.